# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1265**

**KA 10-02032**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, LINDLEY, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V          ORDER

VIDAL M. WHITLEY, DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (DREW R. DUBRIN OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------------------------

    Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered August 23, 2010.  The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

    It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  January 2, 2015              Frances E. Cafarell
                                              Clerk of the Court